438

## Helen BURKE, Appellant v. UNITED STATES of America, Mary Burke and Roy Burke.

### No. 9922.

United States Court of Appeals Third Circuit.

Argued June 10, 1949.

Decided June 15, 1949.

William Vincent Mullin, Philadelphia, Pa., for appellant.

Irvin Stander, Philadelphia, Pa., for appellees.

Before MARIS, GOODRICH and KALODNER, Circuit Judges.

PER CURIAM.

The judgment entered by the district court in this case in favor of the additional defendant, Mary Burke, will be affirmed for the reasons well stated in the opinion filed by Judge David E. Henderson of the Western District of North Carolina, specially presiding in the court below, 85 F. Supp. 93.